UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>MAYFLOWER PARK HOTEL, INC.<br><br>        Defendant. | CASE NO. C19-0132JLR<br><br>ORDER OF CONSOLIDATION (RELATING TO ALL CASES) |
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>425 QUEEN ANNE, LLC.<br><br>        Defendant. | CASE NO. C19-0137JLR |

ORDER - 1

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>621 APARTMENTS, LLC,<br><br>Defendant. | CASE NO. C19-0139JLR |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>SORRENTO HOTEL PARTNERSHIP,<br><br>Defendant. | CASE NO. C19-0144JLR |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>2301 THIRD AVENUE, LP,<br><br>Defendant. | CASE NO. C19-0297JLR |

On April 16, 2019, the court issued an order to show cause in each of the above-entitled matters as to why these matters should not be consolidated.[1] (Case No. C19-0132JLR (Dkt. # 6); Case No. C19-0137JLR (Dkt. # 13); Case No. C19-0139JLR

---

[1] The court also issued identical orders to show cause in *Perri v. Wedgewood Court III Associates, LLC*, No. C19-0110JLR, and *Perri v. Moore Hotel, Inc.*, No. C19-0149JLR. However, these two matters are now dismissed.

(Dkt. # 5); Case No. C19-0144JLR (Dkt. # 5); Case No. C19-0297JLR (Dkt. # 4).) No party who has made an appearance in the above-entitled matters objects to consolidation.[2] (Case No. C19-0132JLR (Dkt. # 8); Case No. C19-0137JLR (Dkt. ## 14, 16); Case No. C19-0139JLR (Dkt. ## 8, 10); Case No. C19-0144JLR (Dkt. ## 6, 8); C19-0297JLR (Dkt. # 6).) Accordingly, the court ORDERS the above-entitled matters CONSOLIDATED for pretrial purposes. The court will determine whether the cases should be consolidated for trial following the deadline for dispositive motions. All future pleadings or other filings in any of the consolidated cases shall bear the above caption and shall be filed on the docket in Civil Case No. C19-0132JLR. In all future pleadings or other filings, the parties in the consolidated case shall identify in the caption whether the pleading or filing pertains to one or all cases.

Dated this 3rd day of May, 2019.

JAMES L. ROBART
United States District Judge

---

[2] The court also issued orders to show cause to Plaintiff in each of the above matters and to Defendant 621 Apartments, LLC, for failure to timely respond to the court's order to show cause regarding consolidation. (Case No. C19-0132JLR (Dkt. # 7); Case No. C19-0137JLR (Dkt. # 15); Case No. C19-0139JLR (Dkt. # 7); Case No. C19-0144JLR (Dkt. # 7); Case No. C19-0297JLR (Dkt. # 5).) Counsel for Plaintiff and Defendant 621 Apartments, LLC, timely responded to the court's second orders to show cause. (Case No. C19-0132JLR (Dkt. # 8); Case No. C19-0137JLR (Dkt. # 16); Case No. C19-0139JLR (Dkt. ## 8, 11); Case No. C19-0144JLR (Dkt. # 8); Case No. C19-0297JLR (Dkt. # 6).) The court accepts counsels' explanations for their failures and DISCHARGES its orders to show cause. The court, however, cautions counsel that further failures to comply with the orders of this court may result in sanctions, including the terminal sanctions of either dismissal or default.